**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MATTEL, INC., <br><br> Plaintiff, <br><br> v. <br><br> A2TPJYCNKBCVT3, et al., <br><br> Defendants. | Case No. 25-cv-05382 <br><br> **Judge Manish S. Shah** <br><br> **Magistrate Judge Maria Valdez** |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Mattel, Inc. ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Cleverplay | 6 |
| DXNQ | 8 |
| Luckinds | 28 |
| Lyanzhi | 29 |
| WH happiness | 45 |
| AJewelrySecret | 58 |
| chic jewelry shop world | 60 |
| Lekani Diamond Jewellery | 66 |

Dated this 12th day of June 2025.

Respectfully submitted,

/s/ Rachel S. Miller
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Hannah A. Abes
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
habes@gbc.law

*Counsel for Plaintiff Mattel, Inc.*